# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1954
Lower Tribunal No. 19-24015
_____

**Salvador Perez, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Giasi Law, P.A., Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Vernis & Bowling of Broward, P.A., Carlton Bober and Bernadette Guerra (Hollywood), for appellee.

Before FERNANDEZ, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Perez v. Citizens Prop. Ins. Corp.</u>, 343 So. 3d 140, 143 (Fla. 3d DCA 2022) ("'[N]o weight may be accorded [to] an expert opinion which is totally conclusory in nature and is unsupported by any discernible, factually-based chain of underlying reasoning.'") (quoting <u>Div. of Admin., State Dept. of Transp. v. Samter</u>, 393 So. 2d 1142, 1145 (Fla. 3d DCA 1981)).